Certificate Number: 17572-PAM-DE-033030338

Bankruptcy Case Number: 19-02237



17572-PAM-DE-033030338

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2019, at 7:36 o'clock AM PDT, John R Dagenhart completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 27, 2019

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor