```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                            Case No. 19-02237-HWV
John Dagenhart                                                    Chapter 13
Angella Dagenhart
         Debtors            CERTIFICATE OF NOTICE
District/off: 0314-1           User: PRadginsk              Page 1 of 2              Date Rcvd: Jul 01, 2019
                               Form ID: ntcnfhrg            Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
```
db/jdb         +John Dagenhart,    Angella Dagenhart,    6233 Greenbriar Ter,    Fayetteville, PA 17222-9673
5208035       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   AmeriCredit Financial Services, Inc.,     dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
5202509        Ditech Financial LLC,    PO Box 12710,    Tempe, AZ 85284-0046
5202511        Exxon Mobile,    PO Box 6497,    Sioux Falls, SD 57117-6497
5202512       +Fingerhut,    Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
5202513       +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
5202524       +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
5202525       +Valley Credit Service,    Dr. Robert Winebrenner,    PO Box 7090,
                 Charlottesville, VA 22906-7090
5202527       +Wells Fargo,    3310 N. Hayden Road, Ste 107,    Scottsdale, AZ 85251-6647
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2019 19:56:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5208035         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 01 2019 19:52:10
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
5202494        +E-mail/Text: bk@avant.com Jul 01 2019 19:52:57      Avant,   222 North LaSalle St., Ste 1700,
                 Chicago, IL 60601-1101
5202495        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2019 19:56:56       Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
5212225         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2019 19:56:56
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5202496        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:22
                 Comenity Capital Bank/David’sBridal,    PO Box 182120,    Columbus, OH 43218-2120
5202497        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:22
                 Comenity Capital Bank/JJill,    PO Box 182120,    Columbus, OH 43218-2120
5202498        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:21
                 Comenity Capital Bank/Lane Bryant,    PO Box 182789,    Columbus, OH 43218-2789
5202499        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:21
                 Comenity Capital Bank/Overstock,    PO Box 182120,    Columbus, OH 43218-2120
5202500        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:21
                 Comenity Capital Bank/SimplyBe,    PO Box 182120,    Columbus, OH 43218-2120
5202501        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:21
                 Comenity Capital Bank/Talbots,    PO Box 182789,    Columbus, OH 43218-2789
5202502        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:22      Comenity Capital Bank/Ulta,
                 PO Box 182120,    Columbus, OH 43218-2120
5202503        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:22
                 Comenity Capital Bank/Wayfair,    PO Box 182789,    Columbus, OH 43218-2789
5202504        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:22
                 Comenity Capital Bank/WomanWithin,    PO Box 182789,    Columbus, OH 43218-2789
5202505        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 01 2019 19:53:06
                 Credit Collection Services,    Quest Diagnostics,    PO Box 447,   Norwood, MA 02062-0447
5202506        +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 01 2019 19:52:49
                 Credit Management Co,    Chambersburg Hospital,    2121 Noblestown Rd.,
                 Pittsburgh, PA 15205-3956
5202507        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 01 2019 19:55:57       Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
5202508        +E-mail/PDF: pa_dc_ed@navient.com Jul 01 2019 19:56:58       Dept of Education/Navient,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
5202513       ++E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 01 2019 19:52:10      GM Financial,
                 PO Box 181145,    Arlington, TX 76096-1145
5202514        +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 01 2019 19:53:01       Harley Davidson,
                 PO Box 21829,    Carson City, NV 89721-1829
5202515        +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2019 19:56:52      JC Penny,    PO Box 981402,
                 El Paso, TX 79998-1402
5202516        +E-mail/Text: bncnotices@becket-lee.com Jul 01 2019 19:52:03      Kohl’s Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
5202517        +E-mail/Text: bk@lendingclub.com Jul 01 2019 19:52:52      Lending Club Corp,
                 71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
5202519        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 01 2019 19:52:32      Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
5202520        +E-mail/Text: bankruptcy@patriotfcu.org Jul 01 2019 19:52:39      Patriot Federal Credit Union,
                 800 Wayne Avenue,    Chambersburg, PA 17201-3810
5202522        +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2019 19:55:52      SYNCB/Amazon Plcc,
                 PO Box 965015,    Orlando, FL 32896-5015
5202523        +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2019 19:55:50      SYNCB/Lowe’s,    PO Box 956005,
                 Orlando, FL 32896-0001
5202521         E-mail/Text: philadelphia.bnc@ssa.gov Jul 01 2019 19:52:49      Social Security,
                 Mid Atlantic Program Service Ctr,    300 Spring Garden Street,    Philadelphia, PA 19123-2992
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5203204         +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2019 19:55:51      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5202526         +E-mail/Text: bnc-bluestem@quantum3group.com Jul 01 2019 19:52:58      WEBBANK/GETTINGTON,
                  6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5202518*        +Lending Club Corporation,    71 Stevenson, Suite 300,   San Francisco, CA 94105-2985
5202510        ##+Eastern Revenue Inc,   Mont Alto Ambulance,   PO Box 185,   Southeastern, PA 19399-0185
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 John  Dagenhart aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Angella  Dagenhart aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John Dagenhart,<br>**Debtor 1**<br><br>Angella Dagenhart,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19−bk−02237−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**August 7, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: August 14, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 1, 2019 |

ntcnfhrg (03/18)