UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: John Dagenhart | : | CHAPTER 13 |
| Angella Dagenhart | : | |
| Debtors | : | |
| | : | |
| John Dagenhart | : | Case No. 19-02237 |
| Angella Dagenhart | : | |
| Debtors | : | |
| | : | |
| Vs. | : | |
| | : | |
| LoanCare, LLC | : | |
| Respondent | : | |

## WITHDRAWAL OF DEBTORS' OBJECTION TO CLAIM #30 OF LOANCARE, LLC

AND NOW comes your Debtors, John Dagenhart and Angella Dagenhart, by and through their counsel, Aaron J. Neuharth, Esquire and Withdrawals their Objection to Claim #30 filed by James C. Warmbrodt, Esquire on behalf of LoanCare, LLC as their objections have been resolved.

Wherefore, the Debtors, through their counsel, Aaron J. Neuharth, Esquire, respectfully withdrawal their objection to the claim of LoanCare, LLC identified as Claim #30.

Date: August 16, 2019

/s/ Aaron J. Neuharth_____
Aaron J. Neuharth
Attorney for Debtor
Supreme Ct. No.: 88625
PO Box 359
Chambersburg, PA 17201
(717)264-2939

Case 1:19-bk-02237-HWV    Doc 28    Filed 08/16/19    Entered 08/16/19 10:32:37    Desc
Main Document    Page 1 of 1