UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                    Bankr. Case No. 19-02237-HWV-
                                                                                                13

John Dagenhart and Angella Dagenhart                                                   Chapter 13
      Debtor(s)

**REQUEST FOR NOTICE**

      Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood _____

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bankr. Case No. 19-02237-HWV-13

John Dagenhart and Angella Dagenhart

Chapter 13

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 11, 2020 :

AARON JOHN NEUHARTH
PO BOX 359
CHAMBERSBURG, PA 17201

Charles J. DeHart III
8125 Adams Drive
Suite A
Hummelstown, PA 17036

By _/s/ Mandy Youngblood_____

Mandy Youngblood

xxxxx11996 / 990848