In re:  
John Dagenhart  
Angella Dagenhart  
    Debtors  

Case No. 19-02237-HWV  
Chapter 13  

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: May 17, 2023      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Dagenhart, Angella Dagenhart, 6233 Greenbriar Ter, Fayetteville, PA 17222-9673 |
| 5202512 | + | Fingerhut, Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 5202527 | + | Wells Fargo, 3310 N. Hayden Road, Ste 107, Scottsdale, AZ 85251-6647 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | May 17 2023 22:35:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PHINAMERI.COM | May 17 2023 22:35:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: RECOVERYCORP.COM | May 17 2023 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5208035 | | EDI: PHINAMERI.COM | May 17 2023 22:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5202494 | + | Email/Text: bk@avant.com | May 17 2023 18:43:00 | Avant, 222 North LaSalle St., Ste 1700, Chicago, IL 60601-1101 |
| 5202495 | + | EDI: CAPITALONE.COM | May 17 2023 22:35:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5212225 | | EDI: CAPITALONE.COM | May 17 2023 22:35:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5222471 | | Email/PDF: bncnotices@becket-lee.com | May 17 2023 19:01:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5202496 | + | EDI: WFNNB.COM | May 17 2023 22:35:00 | Comenity Capital Bank/David'sBridal, PO Box 182120, Columbus, OH 43218-2120 |
| 5202497 | + | EDI: WFNNB.COM | May 17 2023 22:35:00 | Comenity Capital Bank/JJill, PO Box 182120, Columbus, OH 43218-2120 |
| 5202498 | + | EDI: WFNNB.COM | May 17 2023 22:35:00 | Comenity Capital Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 5202499 | + | EDI: WFNNB.COM | May 17 2023 22:35:00 | Comenity Capital Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 5202500 | + | EDI: WFNNB.COM | | |

| | | | |
|---|---|---|---|
| 5202501 | + EDI: WFNNB.COM | May 17 2023 22:35:00 | Comenity Capital Bank/SimplyBe, PO Box 182120, Columbus, OH 43218-2120 |
| 5202502 | + EDI: WFNNB.COM | May 17 2023 22:35:00 | Comenity Capital Bank/Talbots, PO Box 182789, Columbus, OH 43218-2789 |
| 5202503 | + EDI: WFNNB.COM | May 17 2023 22:35:00 | Comenity Capital Bank/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5202504 | + EDI: WFNNB.COM | May 17 2023 22:35:00 | Comenity Capital Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 5202505 | + EDI: CCS.COM | May 17 2023 22:35:00 | Comenity Capital Bank/WomanWithin, PO Box 182789, Columbus, OH 43218-2789 |
| 5202506 | + Email/Text: bdsupport@creditmanagementcompany.com | May 17 2023 22:36:00 | Credit Collection Services, Quest Diagnostics, PO Box 447, Norwood, MA 02062-0447 |
| 5202507 | + Email/PDF: creditonebknotifications@resurgent.com | May 17 2023 18:43:00 | Credit Management Co, Chambersbug Hospital, 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 5202508 | + EDI: MAXMSAIDV | May 17 2023 18:45:26 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5202511 | EDI: CITICORP.COM | May 17 2023 22:35:00 | Dept of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5202513 | + EDI: PHINAMERI.COM | May 17 2023 22:35:00 | Exxon Mobile, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5202514 | + Email/Text: bankruptcy.notices@hdfsi.com | May 17 2023 22:35:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5225567 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 17 2023 18:43:00 | Harley Davidson, PO Box 21829, Carson City, NV 89721-1829 |
| 5202515 | + EDI: RMSC.COM | May 17 2023 18:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5229239 | EDI: JEFFERSONCAP.COM | May 17 2023 22:35:00 | JC Penny, PO Box 981402, El Paso, TX 79998-1402 |
| 5202516 | + Email/Text: PBNCNotifications@peritusservices.com | May 17 2023 22:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5227395 | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:43:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5202517 | + EDI: LENDNGCLUB | May 17 2023 18:45:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5228464 | + EDI: LENDNGCLUB | May 17 2023 22:35:00 | Lending Club Corp, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 5231097 | + Email/Text: LC-Bankruptcy-RF@loancare.net | May 17 2023 22:35:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 5202519 | + Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 18:43:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5229403 | EDI: MAXMSAIDV | May 17 2023 18:43:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 5229070 | EDI: PRA.COM | May 17 2023 22:35:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5202520 | + Email/Text: bankruptcy@patriotfcu.org | May 17 2023 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5254670 | EDI: Q3G.COM | May 17 2023 18:43:00 | Patriot Federal Credit Union, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| | | May 17 2023 22:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5226715 | | EDI: Q3G.COM | May 17 2023 22:36:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5254671 | + | EDI: Q3G.COM | May 17 2023 22:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5226714 | | EDI: Q3G.COM | May 17 2023 22:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5226597 | | EDI: Q3G.COM | May 17 2023 22:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5202522 | + | EDI: RMSC.COM | May 17 2023 22:35:00 | SYNCB/Amazon Plcc, PO Box 965015, Orlando, FL 32896-5015 |
| 5202523 | + | EDI: RMSC.COM | May 17 2023 22:35:00 | SYNCB/Lowe's, PO Box 956005, Orlando, FL 32896-0001 |
| 5202521 | | Email/Text: ssa.bankruptcy@ssa.gov | May 17 2023 18:43:00 | Social Security, Mid Atlantic Program Service Ctr, 300 Spring Garden Street, Philadelphia, PA 19123-2992 |
| 5203204 | + | EDI: RMSC.COM | May 17 2023 22:35:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5223324 | + | Email/Text: bncmail@w-legal.com | May 17 2023 18:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5202524 | + | EDI: WTRRNBANK.COM | May 17 2023 22:35:00 | Target National Bank, PO Box 673, Minneapolis, MN 55440-0673 |
| 5447082 | + | Email/Text: flyersprod.inbound@axisai.com | May 17 2023 18:43:00 | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619, U.S. Bank Trust National Association et, c/o Rushmore Loan Management Services 92619-5004 |
| 5447081 | + | Email/Text: flyersprod.inbound@axisai.com | May 17 2023 18:43:00 | U.S. Bank Trust National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5202525 | + | Email/Text: bankruptcytn@wakeassoc.com | May 17 2023 18:43:00 | Valley Credit Service, Dr. Robert Winebrenner, PO Box 7090, Charlottesville, VA 22906-7090 |
| 5225172 | | EDI: AIS.COM | May 17 2023 22:36:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5202526 | + | EDI: BLUESTEM | May 17 2023 22:36:00 | WEBBANK/GETTINGTON, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5221407 | + | EDI: WFFC2 | May 17 2023 22:35:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5335918 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5202518 | *+ | Lending Club Corporation, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 5202509 | ## | Ditech Financial LLC, PO Box 12710, Tempe, AZ 85284-0046 |
| 5202510 | ##+ | Eastern Revenue Inc, Mont Alto Ambulance, PO Box 185, Southeastern, PA 19399-0185 |

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: May 17, 2023 | Form ID: 3180W | Total Noticed: 56 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LOANCARE LLC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Hannah Herman-Snyder | on behalf of Debtor 2 Angella Dagenhart hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 John Dagenhart hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LOANCARE LLC. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Karina Velter | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 kvelter@pincuslaw.com, brausch@pincuslaw.com |
| Sarah K. McCaffery | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John Dagenhart | Social Security number or ITIN xxx–xx–9627 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Angella Dagenhart | Social Security number or ITIN xxx–xx–4296 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-02237-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Dagenhart                    Angella Dagenhart

**By the court:**   *[signature]*

5/17/23

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2