# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: John Dagenhart
     Angella Dagenhart

Case No.: 1-19-02237HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Rushmore |
| Court Claim Number: | 30 |
| Last Four of Loan Number: | 1117 |
| Property Address if applicable: | 6233 Greenbriar Terrace |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,428.55 |
| b. | Prepetition arrearages paid by the trustee: | $1,428.55 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,428.55 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 25, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: John Dagenhart  Case No.: 1-19-02237HWV
     Angella Dagenhart

         Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 25, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Hannah Herman-Snyder, Esquire
183 Lincoln Way East
Chambersburg PA 17201

**Served by First Class Mail**
Rushmore Loan Management Services, LLC
PO Box 55004
Irvine CA 92619-2708

John Dagenhart
Angella Dagenhart
6233 Greenbriar Terrace
Fayetteville PA 17222

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 25, 2023  /s/ Liz Joyce
     Office of the Standing Chapter 13 Trustee
     Jack N. Zaharopoulos
     Suite A, 8125 Adams Dr.
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-02237      **JOHN DAGENHART**

**LOANCARE SERVICING CENTER**
P.O. BOX 8068

VIRGINIA BEACH, VA   234

**Acct No:** 1117/PRE ARREARS/6233 GRI

**Sequence:** 24
**Modify:**
**Filed Date:** 8/1/2019 12:00:00AM
**Hold Code:**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Amt Sched: | $153,070.00 | Debt: $1,428.55 | Interest Paid: | $0.00 |  |
|  |  |  | Accrued Int: | $0.00 |  |
| Amt Due: | $0.00 | Paid: $1,428.55 | Balance Due: | $0.00 |  |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **LOANCARE SERVICING CENTER** |  |  |  |  |  |  |  |
| 520-0 | LOANCARE SERVICING CENTER |  | 12/12/2019 | 9006611 | $1,428.55 | $0.00 | $1,428.55 | 12/12/2019 |

|  |  |  |  |
|---|---|---|---|
| Sub-totals: | $1,428.55 | $0.00 | $1,428.55 |
| Grand Total: | $1,428.55 | $0.00 |  |