| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | **John Dagenhart** | |
| Debtor 2 (Spouse, if filing) | **Angella Dagenhart** | |
| United States Bankruptcy Court for the: **MIDDLE** | | District of: **PA** (State) |
| Case number | **1:19-bk-02237-HWV** | |

# Form 4100R
# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 c/o Rushmore Loan Management Services, LLC

**Court claim no.** (if known): **30**

**Last 4 digits** of any number you use to identify the debtor's account: **1 1 1 7**

**Property address:**
6233 Greenbriar Terrace
Number    Street

Fayetteville    PA    17222
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: **06/01/2023**
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____ MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | John Dagenhart | | | Case number (if known) 1:19-bk-02237-HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■ all payments received;
■ all fees, costs, escrow, and expenses assessed to the mortgage; and
■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X** /s/ Sarah K. McCaffery, Esquire   Date 6/1/2023
Signature

| Print | Sarah K. McCaffery, Esquire | | | Title | Attorney |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company   Hladik, Onorato & Federman, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   298 Wissahickon Avenue
          Number          Street

          North Wales, PA 19454
          City            State       ZIP Code

Contact phone ( 215 ) 855– 9521          Email smccaffery@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>John Dagenhart and Angella Dagenhart<br>    Debtors | : Bankruptcy No. 1:19-bk-02237-HWV<br>: Chapter 13<br>:<br>: |
| U.S Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 c/o Rushmore Loan Management Services, LLC<br>    Movant<br>vs.<br>John Dagenhart and Angella Dagenhart<br><br>    Debtors/Respondents<br>and<br>Jack N. Zaharopoulos, Esquire<br>    Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Sarah K. McCaffery, Esq., hereby certify that I caused to be served true and correct copies of the **STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT** at the respective last known address of each person set forth below on June 01, 2023:

Hannah Herman-Snyder, Esquire
Via ECF
*Attorney for Debtors*

Jack N. Zaharopoulos, Esquire
Via ECF
*Trustee*

John Dagenhart
Angella Dagenhart
6233 Greenbriar Terrace
Fayetteville, PA 17222
Via First Class Mail
*Debtors*

06/01/2023

/s/Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121