IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 1:19-bk-02237-HWV |
| John Dagenhart and Angella Dagenhart | : Chapter 13 |
|     Debtors | : |
| | |
| U.S Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 c/o Rushmore Loan Management Services, LLC | : |
|     Movant | : |
| vs. | : |
| John Dagenhart and Angella Dagenhart | : |
|     Debtors/Respondents | : |
| and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## WITHDRAWAL OF RESPONSE TO NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE CLERK:

Please mark the Response to Notice of Mortgage Payment Change, filed on June 2, 2023 as Doc. #60, as withdrawn without prejudice.

Respectfully submitted,

/s/Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 1:19-bk-02237-HWV |
| John Dagenhart and Angella Dagenhart | : Chapter 13 |
|     Debtors | : |
| | |
| U.S Bank Trust National Association, not in its individual capacity, but solely as Owner Trustee on behalf for Citigroup Mortgage Loan Trust 2021-RP4 c/o Rushmore Loan Management Services, LLC | : |
|     Movant | : |
| vs. | : |
| John Dagenhart and Angella Dagenhart | : |
|     Debtors/Respondents | : |
| and | : |
| Jack N. Zaharopoulos, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATE OF MAILING

I, Sarah K. McCaffery, certify under penalty of perjury that I served a copy of the Withdrawal of the Response to Notice of Mortgage Payment Change Objection to Confirmation of the Plan to the parties at the addresses shown below on June 02, 2023.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Hannah Herman-Snyder, Esquire
Via ECF
*Attorney for Debtors*

Jack N. Zaharopoulos, Esquire
Via ECF
*Trustee*

John Dagenhart
Angella Dagenhart
6233 Greenbriar Terrace
Fayetteville, PA 17222
Via First Class Mail
*Debtors*

Dated: 06/02/2023

/s/Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121